CARLIE CHRISTENSEN, Acting United Stated Attorney (#633)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 20 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH P. EASTIN,
    Defendant.

COMPLAINT

VIOLATION OF 18 U.S.C. § 876
(Mailing Threatening
Communication)

2:10-mj-257 SA

Before Honorable Samuel Alba, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT I
(18 U.S.C. § 876)
(Mailing Threatening Communications)

On or about the 14th day of September, 2010, in the Central Division of the District of Utah,

JOSEPH P. EASTIN,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be

delivered by the Postal Service according to the directions thereon, threatening communications, dated on or about September 14, 2010, addressed to the Utah County Commission, in Utah County, Utah and that contain a threat to injure employees of the Utah County Sheriff's Office and contained a threat to injure said employees. All in violation of Section 876 (c) of Title 18 of the United States Code.

## STATEMENT OF FACTS

Complainant, S.M. Sherwood, being first duly sworn, states that this complaint is based upon the following:

I am a U.S. Postal Inspector assigned to the U.S. Postal Inspection Service, Salt Lake City, Utah. I have been employed by the U.S. Postal Inspection Service since September 2005. I have been assigned to investigate violations of Title 18, United States Code, Section 876, Mailing a Threatening Communication, and other related offenses involving the U.S. Postal Service. I am currently assigned to the External Crimes / Mail Theft Team and to the Joint Terrorism Task Force.

The information set forth in this Affidavit is based upon my personal knowledge and/or information provided to me by other law enforcement officers working on this case.

## BACKGROUND OF THE INVESTIGATION

1. On or about September 14, 2010, a letter was mailed to the *"Stake President, The Mormon Church, XXXX, XXXX, Way, West Valley City, UT, 84128."* (Your affiant has omitted the exact addresses in this affidavit to insure that their security is protected. However, the omitted addresses are real addressed known to your affiant.) The return address on the envelope of the letter is *"Eastin, J, XXXX South, XXXX W., Murray, UT 84123."* On the front of the envelope, the words *"NOV 25th!"* is written under the return address. Under those words is written *"DOWN under!"* The letter was postmarked September 14, 2010 in Salt Lake City. This postmark indicates the letter did travel through the U.S. Mail system. Due to the content of the letter, the original letter and envelope were forwarded to the security department for the LDS church

who contacted U.S. Postal Inspectors.

The letter is a type-written letter dated September 14, 2010. The return address on the letter is Joseph P. Eastin, XXXX South XXXX West, Murray, Utah 84123 with a phone number of xxx-2127. An email is also listed below the return address line, XXXXXXXXX@yahoo.com. The letter is addressed to KUTV News, XXX XXXX, XXX South Main Street, SLC UTAH 84114. The reference line on the letter states *"Demolition of schools / homes burnt in South Jordon protected by 4 land patents."*

The letter starts *"Dear Mr. XXXXX..."* and goes on to talk about *"land patents"* that belong to Joseph Eastin. The letter states *"I will make four Declarations of land patent in one week and give thirty days of legal notice to the claim of the four patents associated with this land and then I shall own the land and own all the personal possessions within all structures on this land and I will burn or demolish all the structures with all personal or commercial possessions intact within the structures."* Mr. Eastin goes on to state that he has the blessing of the U.S. Supreme Court.

Mr. Eastin states *"...I shall also demolish the Mormon Temple in November of this year and the Mormon conference center as well as the Mormon tabernacle choir building with the blessing of the U.S. Supreme Court and Tina Campbell ...."* Mr. Eastin writes *"I will bring down the greater part of downtown SLC with a timed detonation of all structures at one time on November 25, 2010 also protected by federal law and the Declaration(s) of Land Patent and the blessings of the U.S. Supreme Court and Tina Campbell and thirty days notice in all five papers that I've already mentioned."* The letter signs off with *"Sincerely yours, Joseph P Eastin"* and is hand signed the same. Enclosed with the letter is a photograph of a pair of wire cutters.

2. On or about September 16, 2010, a letter was received by the Utah County Commission, XXX East Center Street, Provo, Utah 84064. The letter is from Joseph P Eastin and is dated September 11, 2010. The post mark on the outside of the envelope indicates that is was mailed from the Midvale Post Office on or about September 14, 2010. The mailing contains approximately 19 pages of documents, several of which appear to have been written by Mr. Eastin and several others appear to have been copies of legal documents.

A. The letter dated September 11, 2010 is in regards to *"Land Possession on September 23, 2010."* The letter states *"I demand control of land illegally controlled by Utah County in an unincorporated city called Leland. I shall take control of this land....on September 23, 2010 at 3pm."* The letter goes on to state that Mr. Eastin will rent the largest bulldozer he can and start pushing up the roads around his property and demolish all the homes on his land. Mr. Eastin states *"Be further warned if any law enforcement officer(s) approach me on MY LAND protected by my land patents of 1873 & 1878 without a warrant to search or arrest me I shall fire upon them to kill them and then drive over their patrol car and push it up onto the rail road tracks to be slammed by a train with their dead body in it!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!"* The letter is signed *"Sincerely yours, Joseph P Eastin"* and is hand signed the same.

B. In another letter dated September 11, 2010 and within the above stated mailing, Mr. Eastin writes to the Utah County Commission. Mr. Eastin writes about the first *"First gay marriage & hand gun usage on my land forever."* Mr. Eastin writes that he will allow gay marriage on his land based on his ownership of the land per his land patents. Mr. Eastin goes on to explain that he will sue for the right, and has the right on his land, to carry a 9mm automatic handgun. Mr. Eastin writes that he is aware that he is a convicted felon and can not carry a weapon. Mr. Eastin states *"I hereby declare that I will gun down any law enforcement officer (and demolish their car) that comes onto my land without a warrant for arrest or warrant to search because pursuant to 1873 federal law I have the right to defend my land with a land patent issued by the United States Gov't and there shall be no law enforcement officer that can access my land otherwise without MY PERMISSION in writing for any reason whatsoever."* Mr. Eastin goes on to state *"I shall have an airport to fly in drugs from other states and other countries for possession, use, and sales on my land and I will openly and willingly shoot any law enforcement officer, state or federal, that tries to interfere with any sale of it or use of it on my 243.48 acres protected pursuant to 1873 &1878 federal law and further protected by two Acts of Congress of April 24, 1820 & May 20, 1862."*

    C. In a letter dated September 13, 2010 and within the above stated mailing, Mr. Eastin writes *"I have given plenty of legal notice for me to have a legal and legitimate claim to this land and I intend to take possession of it on September 23, 2010 at 3pm and if any person stand in the way of my pursuit of happiness, life, liberty, or property I will gun them down and this means the trespassers on my land today that live in homes they do not own I will kill them all if I they try to stop me with a gun or try to physically stop me. This land is my land and I want it in ten days."*

    D. In another letter dated September 14, 2010 and within the above stated mailing, Mr. Eastin writes the Utah County Sheriff, James O. Tracy, XXXX North Main Street, Spanish Fork, Utah 84660. Mr. Eastin states that he feels the Utah County Sheriff's Office is illegally harassing him for his sexual orientation. Mr. Eastin also explains all of the illegal activity he intends to participate in and allow to occur on his land including drug smuggling, prostitution, gambling, and pornography. Mr. Eastin goes on to state *"You are hereby forewarned DON'T FUCK AROUND WITH ME!!! I will get any jail guard that fucks around with me. I will keep a journal after I leave the jail of all guards that fucked around with me and I will somehow in an anonymous fashion kill them and their entire family in every ancestorial way possible!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!"* The letter is signed *"Sincerely yours, Joseph P Eastin"* and is hand signed the same.

3. All of the above referenced letters are hand signed Joseph P Eastin. The signature on the letters closely matches the signature contained on the Utah driver's license of Joseph P Easton. The return address listed on the outside of the envelopes and written on the above referenced letters is the current address of Joseph P Eastin per the Utah Criminal History Record and the Utah Department of Public Safety driver's license database.

4. In 2006, Mr. Eastin was arrested by the Utah Count Sheriff's Office on thirty six counts of felony communications fraud and forty counts of felony criminal mischief. According to the Utah County report (06UC00806), Mr. Eastin tried to rent a bulldozer from Century Equipment in Spanish Fork, Utah to demolish several homes in the towns of Leland, Benjamin, and Spanish Fork. The report goes on to state that Eastin had sent several letters to various people in the area

demanding them to leave and get off his land. The report goes on to explain that in January 2005, Mr. Eastin started to knock on the doors of different residences to give them proper notice of the impending demolition that he was going to conduct on his land.

Mr. Eastin explained to Utah County detectives that I-15 was crossing his land and that UDOT would have to move it. Mr. Eastin also stated that Union Pacific would have to move the rail line that goes through his property. Mr. Eastin told detectives that he would not be delayed in the demolition and explained how he would rent the appropriate construction equipment to carry out his demolition.

5. Based upon the foregoing, there is probable cause to believe that Mr. Joseph P. Eastin mailed a Threatening Communication in violation of Title 18 USC 876.

S.M. Sherwood
U.S. Postal Inspector

Subscribed and sworn to before me this 20th day of September 2010.

Hon. Samuel Alba

Karin Fojtik
Assistant United States Attorney